Ayub KUNDI, Plaintiff–Appellant,

v.

Sherwyn WAYNE, et al.,
Defendants–Respondents.

No. 58562.

Missouri Court of Appeals,
Eastern District,
Division One.

March 5, 1991.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 8, 1991.

Application to Transfer Denied
May 3, 1991.

Elwyn L. Cady, Jr., Independence, for plaintiff-appellant.

Joel D. Monson, Stuart M. Haw, St. Louis, for defendants-respondents.

### ORDER

PER CURIAM.

 The trial court did not err: (1) in admitting respondent's exhibit, a photocopy of a consent form, over appellant's objection based on the best evidence rule and, (2) in refusing to admit respondent's exhibits, two written reports of evaluations by an expert witness, into evidence as business records. The judgment is affirmed pursuant to Rule 84.16(b).